UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| QUINCY DEMOND WILSON | CIVIL ACTION |
| VERUS | NO. 15-5329 |
| STATE OF LOUISIANA | SECTION: R (3) |

### ORDER AND REASONS

Pro se litigant Quincy Wilson petitions the Court for habeas corpus relief under 28 U.S.C. § 2254.[1] The Magistrate Judge recommends that Wilson's petition be dismissed with prejudice.[2] Wilson did not file objections to the Magistrate Judge's ruling. Having reviewed *de novo* the petition, the record, the applicable law, and the Magistrate Judge's Report and Recommendation (R&R), the Court approves the R&R and adopts it as its opinion.

Rule 11(a) of the Rules Governing Section 2254 Proceedings provides that "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." A court may only issue a certificate of appealability if the petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The "controlling

---

[1] R. Doc. 6.

[2] R. Doc. 15.

standard" for a certificate of appealability requires the petitioner to show "that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented [are] adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

For the reasons stated in the Magistrate Judge's Report and Recommendation, the Court concludes that Wilson's petition fails to satisfy this standard.

Therefore, the Court DENIES Wilson's petition for habeas corpus and DENIES a certificate of appealability.

New Orleans, Louisiana, this ___14th___ day of March, 2016.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE